FILED
Oct 01, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Name and Prisoner/Booking Number: Randy Ausborn

Place of Confinement: CSAFT/State Prison at Corcoran

Mailing Address: Po 5244

City, State, Zip Code: Corcoran Ca 93212

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Randy Ausborn,
  Plaintiff,

v.

(1) Newsom, Governor
(2) CDCR
(3) J. Cebalos Tapa
(4) J. Haramann
  Defendant(s)

CASE NO. **1:25-cv-01290-HBK (PC)**
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

RECEIVED
SEP 18 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: July 1, 2025 CSAFT building 6-1-C and D and A and E yard officer in building 1

## B. DEFENDANTS

1. Name of first Defendant: __Newson__. The first Defendant is employed as: __Governean__ (Position and Title) at __State of California__ (Institution)

2. Name of second Defendant: __CDCR__. The second Defendant is employed as: __Secuny of CDCR__ (Position and Title) at __Sac__ (Institution)

3. Name of third Defendant: __J. Ceballos Zapa__. The third Defendant is employed as: __Correction Officer__ (Position and Title) at __CSATF__ (Institution)

4. Name of fourth Defendant: __J. Haramann__. The fourth Defendant is employed as: __Correction Sergent__ (Position and Title) at __CSATF__ (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __0__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8th Amendment of the constitutional and 14 Amendment

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each** Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. I came to asp-c-11 to asp-c-7 on July 1, 2025 move to a1-c-11 then inmates took all my medical bag I call to I have to have I went to correction officer about this and they said no. A inmate topan by 1737H told officer I was peed uping on my bed to get a top cell I went to c-1 officer told them, they move me D-3-wit 2 gangrapes and one was black. She seen my pic. She raped me. I report. Then I say Come I told me. They told me L-7 Asst to tell that you are not to never get... I not consent this happen on July 16, 2025. When I removed my cartical be moved

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). No cartical for 6 week I was sent to urologist where I have a left not kidneo damage

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. nothing be done about this

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: 8th Amendment of constitutional And 14th Amendment.

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each** Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Department of Correction are Responsible for these officers. Field following rule is by regulation and processing but lot of these guard are not obey these rules And chose slot with inmate. These inmate of these cell are wrong and get inmate c/o do plays up And been hurt And inmate are use spice on gp bunch on main bus boxy are male up a.m. guy are down a house no money twist s/t building and officer include on Betrice to press opps sandoval Are stay Afx art pops.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   An danger to C/o inmate And 3rd danger my kindness by unlogist

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: 8th Amendment and 14th Amendment

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   When Zaceballos 7a pg.7 was in my room with a transgender they slid my room to come to my say I had 30 more then I asked why he told me that I smoking the pease in a transgender buck off I told him then I no way up did another said I you did. I got up grab my right hand from his technical was going to give him his room by him my gloves and I ran away up the stay I told him being a trans and told me I can see he lick his ass

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Danger my life at danger 9-2-25 also threatened and assaulted by CO Sgt Acosta

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

1. I been mogn up blood
2. And I not get Any help
3. with RNs. I have only
4. seen A RN/NP Munsey
5. where the stadz I'm
6. Am not going to see
7. A medical DR MD. I
8. Ask my conselyin And
9. LPC Psyclogyst eon
10. help And I not get
11. Any a-of-25 I as
12. No help And the pain
13. keep get worps. The
14. eye DR told me she
15. send me to A specils
16. I seen specalisg 0/6/20/2025
17. where she point out my eyes
18. work on naver cords And they
19. very thinz that mean you
20. Are Lose your sight in
21. body eyes. That she going
22. to tall to medical DR
23. have me send to A Ms
24. clrniz in LA. That she
25. have Lown Eye DR
26. get me Drop for my
27. eyes I sop 63 to
28. Drop on Drop in body
eye 3 times A
Day -But It hurt my

1. boths eyes why is Department
2. of Correction and Rehabilitation
3. Not taking care of me
4. They Do not care They
5. Keep taking my glasses
6. and my stocking cap
7. my leg . On on Wednesday
8. August 27, 2025. I told Nurse
9. on August 29, 2025 I tell
10. c/o I was suicidal I place
11. in visting Room when I
12. seen I.T.F. to see
13. a RN. RN put me stay
14. over night I'm next to
15. I.T.F where I place my
16. own 8:00 pm Med + again
17. on Morning As Meds well
18. A Lic Psychologis J'gomez
19. on even my bleeding
20. she said I sign A Bsy
21. MD In S. Daly: When I
22. been bleeding 6/27/25
23. when I told My Lawcern
24. case won't when I
25. call Not get Any
26. Medical help by SRy
27. American. Excessive
28. bail shall Not be Required

Nor Excessive fines Impossible
Non cruel And unusual Punishment

1  Inflicted in Money Damage
2  for 36 billion Dollar by
3  Department of Correction
4  And Rchi it be norm to me
5  And risk of my Health where
6  I been with ut Zeron Admistrine
7  where they send us to UCLA
8  in Los Angles where they
9  told me I have Multiple sclerosis
10 where CDCR put me in a
11 Drug Rehibili prison where
12 there no Right Medical
13 And Dr told me Not to
14 get hit by any thing. but
15 yet Dr and prison personla
16 Are Not get me Right
17 Medical care Need by
18 my Deal. I Am be At risk
19 of Lose My Life by
20 CDCR hold me to this
21 prison for 4' mouth & why
22 I get out in october 14, 2025
23 or November 15, 2025. I been
24 bully up by C/O And fund
25 guilt by I 7 hour only to cell
26 yard And package from
27 me for 90 Day no time
28 Losted but yet They
   chang MSL time to November
   15, 2025.

10

but thes not right. I not
get meal right by C/O
officer Torresa J Sandoval
or LT D. Limen
officer Sanchez
SGT AC 6957
officer P. Carranza
officer J. Bolanos
I ask for invasgation be
done by any state attorney
General eny state of California
most taypas paind money in
this officera how not going
to do there search on stop
this inmated by salt drugs
or mult alcahol in prison
all any officer do is
talk to each other on
nuers that do the med
room. they are never
walking

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I AM seeking Money DAMAged by  
DePARTMenT of CoRReCTion foR  
$3,700.00 billunion DoLLeAR In  
DAMAge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-12-2c  
DATE

SIGNATURE OF PLAINTIFF

_____  
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____  
(Signature of attorney, if any)

_____  
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

_____

_____

Randy Ausborn
_____
Plaintiff or Petitioner

V.
Newsom
Department of Correction
_____
Defendant or Respondent

Case Number:

PROOF OF SERVICE

_____/

I hereby certify that on __09-12-25__. I served a copy of the attached __CDCR__ by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed. by depositing said envelope in the United States Mail at __US Postal__

(List Name and Address of Each
Defendant of Attorney served)

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Name of Person Completing Service)

1. RANDY AUSBORN
2. BU4438 G-1-A-1-101
3. CSAFT/STATE PRISON AT CORCORN
4. P.O. S244
5. CORCORNa CA 93212
6. V
7. NEWSOM GOVERNANTEN OF CALIFORNA
8. CDCR
9. P.O. BOX 942883
10. SACRAMENTO CA 95811
11.
12. 7 COME IN JUNE 2, 2025 TO
13. NKSP IN DELANO CA. WAS TRAFFCDE
14. TO CSAFT IN CORCORN CA
15. ON JULY 1, 2025 TO SERVICE
16. 4 MOUTGS IN PRISON 7
17. WAS PLACE G-1-C-11 UNTDAE
18. MY ROOMMOTEE GET ON ME
19. WITH A MEDICAL BAG. GATHER
20. UNTEAT ON JULY 16, 2025 UNTEDE
21. 9 WAS MOUED BY FORCE BY
22. C/O BECAUSE C/O HAND
23. TAPP AN BY 737. UNTETE I
24. GET ABUSED BY C/O REPORT
25. TO RN INJURY WORE ABUSE
26. UNTEAT THEE BEEN RED SPO
27. ON MY RIGHT ARM WHERE
28. TEE C/O REMOVED. A RECEIVED

SEP 19 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

braces from my Right hand to put on cuff. July 14 2025 by two floor officer and I was sent to visiting room where I had to weigh 157 much set came then I sent to D-20-178 when I was told every thing would be okey DARRELL HARDMAN C-28557 How is A gold boot ADA worker how make pruno in the Room and eat spices in the Room where she get made at me for be in under wear those masturbation in the Room when she lifted make up all the Rules in Room. She say she know capt frazer and can get guard to kick me out - then she clim to officer torresa about me for my under wear and throw me please under bed I was going to get moved if I had to every for a so I don't come in his around.

When I went to Sgt I
ask Sgt to put me
this Roommate ion my
Danger List. He move
me to A yard where I
was there for 5 Days
And moved to E yard
building 3 That was A
Eop yord. It was okey
And all people start to
tell my Roommate winen
I went in A shower, I am
poure urine in me. I Drag
I has be told by 2 lifer
this. Then sinay in older
Lifer I was play with my
Dick He then A ppu win
In A wheelchair pu to
brags I can't walk
Do to PPSMS Multiple
scorasis. Then I was told
by officer Icebaoc that
I had to mow to
a within pod. unta I
ask why he stated
No reason
when I tell to Sgt Acost
He told me let me find
out. He was told to go
in yond. Re called. I wa

told me I cebobe Tapa
z hart i more. And to
go look up. when I
when I in the Room all
three inmates when I lay
down. when a white c/o
told me I had to move
and I said No. the M.
Me in the head in back
of my head then the
black man snap me
when the white man
now was my cell He
me in back me an
time it was pin by
the black man. I got to
my wheelchair, He pull
off my left leg. Hardly
the guy in 3 bed with
no leg his Door for
help. when the c/o come
and open Room. the
guard told man to het
go. then I was went
get when I lay leg
on floor. when guard
placed Handcuff on me
and I told them I
was hit. They said
they would get me

5

Medical help. The R.N came to nursing Room when the R.N. did not check me out. Then 2 weeks when I had A hand brace on my hand & when officer Mr. Almer for me in down there I keep fight. not to get in to my pain. The wors they get brace off. When I did not get Any help & got myself to a yard where a Nurse call A Medical Mr Hz answer out since hospital when I recieved A broken shoulder And back when the Medical on such why I get hit And I Am Dpin boycott stand on wall Sings had I was sent to go to my Room when I could such where I Missing A LT Dony It from A yard And Isu you are the will say That smilled At Envasselay to escart.

# UNITED STATES DISTRICT COURT
Eastern District Court of California
Keith Holland, Clerk
Jenna Nelson, Chief Deputy

☐ **REPLY TO:**
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

## CLERK'S NOTICE

☐ **REPLY TO:**
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

|||||||||||||||||||||||||||||||||||||||||||||||||
**Randy Ausborn, BU-4938**
**P.O. Box 5244**
**Corcoran, CA 93212**

Case Number: _____

RE: Pleadings and/or Correspondence received on : 9/19/2025

  E-FILING : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Librarian/Litigation Coordinator. When filing documents under E-Filing procedures, please include this document (Clerk's Notice) with the e-filing documents.

Thank you for your future attention to this matter.

ES   9/19/2025

Deputy Clerk   Date