**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY AUSBORN,<br><br>        Plaintiff,<br><br>   v.<br><br>NEWSOM, et al.,<br><br>        Defendants. | Case No. 1:25-cv-01290 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 9) |

Randy Ausborn, a state prisoner, is proceeding pro se and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 17, 2025, the assigned magistrate judge issued an order to show cause. (Doc. 7.) In its order to show cause, the Court took judicial notice of its records and found that at the time Plaintiff had filed his complaint in this instant action, Plaintiff had filed at least 10 prior lawsuits. (Doc. 7 at 1-2.) The magistrate judge found "Plaintiff's representation, under penalty of perjury, that he has filed *no* prior lawsuits while a prisoner is not correct." (*Id.* at 2, emphasis in original). The Court observed that despite Plaintiff's pro se status, he is subject to the requirements of Rule 11 of the Federal Rules of Civil Procedure, which permits sanctions for bad faith conduct, including fraud on the court. (*Id.*). The magistrate judge ordered Plaintiff to "show cause why the district court should not dismiss this case for Plaintiff's apparent bad faith conduct

1 under Rule 11 and pursuant to its inherent authority." (*Id.* at 3.) The magistrate judge warned
2 Plaintiff that failure to respond would result in a recommendation that the Court "dismiss this
3 case as a sanction for Plaintiff's abuse of the judicial process, which will count as a strike." (*Id.*).
4 The magistrate judge also afforded Plaintiff the opportunity to voluntarily dismiss this action
5 before issuing findings and recommendations to the Court to dismiss this action. (*Id.*). Plaintiff
6 did not respond to the order to show cause.

7 After Plaintiff did not respond to the order to show cause, the magistrate judge issued
8 findings and recommendations to dismiss the action. (Doc. 9.) The Court served the findings and
9 recommendations on Plaintiff and informed him that he had fourteen days to file objections. (*Id.*
10 at 4.) The Court also warned Plaintiff that "failure to file any objections within the specified time
11 may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d
12 834, 839 (9th Cir. 2014).) Plaintiff has not filed any objections, and the time to do so has expired.
13 (*See generally* docket.)

14 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a
15 de novo review of this case. Having carefully reviewed the entire file, the Court finds the
16 findings and recommendations to be supported by the record and by proper analysis. Thus, the
17 Court **ORDERS**:

18 1. The Findings and Recommendations issued on December 1, 2025 (Doc. 9) are
19    **ADOPTED** in full.
20 2. This action is dismissed without prejudice.
21 3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 5, 2026**

UNITED STATES DISTRICT JUDGE

2